**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE: SMITH & NEPHEW BIRMINGHAM HIP RESURFACING (BHR) HIP IMPLANT PRDOUCTS LIABILITY LITIGATION | MDL No. 2775<br>Master Docket No. 1:17-md-2775<br><br>JUDGE CATHERINE C. BLAKE |
| RICK MURAKAMI,<br><br>      Plaintiff,<br><br>vs.<br><br>SMITH AND NEPHEW, INC.<br><br>      Defendant. | **DIRECT-FILED SHORT FORM COMPLAINT PURSUANT TO CASE MANAGEMENT ORDER NO. 5**<br><br>Civil Action No.:_____ |

**SHORT FORM COMPLAINT**

1.      Plaintiff, Rick Murakami, states and brings this civil action in MDL No. 2775, entitled *In re: Smith & Nephew Birmingham Hip Resurfacing (BHR) Hip Implant Products Liability Litigation*. Plaintiff(s) [is/are] filing this Short Form Complaint pursuant to CMO No. 3, entered by this Court.

**PARTIES, JURISDICTION AND VENUE**

2.      Plaintiff is a resident and citizen of Kirkland, WA and claims damages as set forth below.

3.      Federal jurisdiction is proper based on diversity of citizenship.

4.      The Federal District in which Plaintiff's initial implant took place: Washington Western District Court

5.      The Federal District in which Plaintiff's revision(s) surgeries took place: Washington Western District Court

6.      Plaintiff brings this action *[check the applicable designation]*:

1

__X__   On behalf of [himself/~~herself~~];

_____   ~~In a representative capacity as the _____ of the _____ having been duly appointed as the _____ by the _____Court of _____. A copy of the Letters of Administration for a wrongful death claim is annexed hereto if such letters are required for the commencement of such a claim by the Probate, Surrogate or other appropriate court of the jurisdiction of the decedent.~~

*[Cross out if not applicable.]*

## FACTUAL ALLEGATIONS

7. On or about <u>August 13, 2013</u> Plaintiff underwent surgery during which the Smith & Nephew BHR Resurfacing System was implanted into Plaintiff's <u>LEFT</u> hip.

8. Plaintiff's LEFT BHR implant surgery was performed at <u>Swedish Orthopedic Center Seattle by Dr. James Pritchett</u>.

9. Plaintiff underwent medically-indicated revision of the <u>LEFT</u> BHR hip implant on or about <u>September 9, 2020.</u>  ~~[OR: Plaintiff's medical provider(s) have recommended revision but Plaintiff has not been medically cleared to undergo revision surgery:_____(checkbox)]~~

10. Plaintiff's revision surgery was performed by <u>Dr. Edward Sparling at PeaceHealth Southwest Medical Center</u>.

11. Plaintiff suffered the following complications, injuries, and/or indications, some or all of which made revision surgery medically necessary: <u>Including, but not limited to, failed hip resurfacing device, adverse local tissue reaction, tissue damage, metallosis, elevated metal levels, abnormal fluid collection, pain, inflammation, and difficulty walking.</u>

2

~~12.     [IF BILATERAL]: Plaintiff's (LEFT/RIGHT) BHR implant surgery was performed at _____ by _____.~~

~~13.     [IF BILATERAL]: On or about _____, Plaintiff underwent surgery during which the Smith & Nephew BHR Resurfacing System was implanted into Plaintiff's (LEFT/RIGHT) hip.~~

~~14.     [IF BILATERAL]: Plaintiff underwent medically-indicated revision of the (LEFT/RIGHT) BHR hip implant on or about _____. [OR: Plaintiff's medical provider(s) have recommended revision but Plaintiff has not been medically cleared to undergo revision surgery:_____(checkbox)]~~

~~15.     [IF BILATERAL] Plaintiff's revision surgery was performed by _____ at _____.~~

16.     Plaintiff adopts the allegations of the Master Amended Consolidated Complaint ("MACC") filed August 11, 2017, and any and all amendments to the MACC.

17.     Notwithstanding the foregoing, Plaintiff does not adopt the following paragraphs of the MACC: _____.

18.     Notwithstanding the foregoing, Plaintiff additionally alleges that:

_____

_____

_____

_____

3

## **ALLEGATIONS AS TO INJURIES**

19.  (a) Plaintiff claims damages as a result of (check all that are applicable):

☒ INJURY TO HERSELF/HIMSELF

☐ INJURY TO THE PERSON REPRESENTED

☐ WRONGFUL DEATH

☐ SURVIVORSHIP ACTION

☐ ECONOMIC LOSS

(b) Plaintiff's spouse claims damages as a result of (check all that are applicable):

*[Cross out if not applicable.]*

☐ LOSS OF SERVICES

☐ LOSS OF CONSORTIUM

20.   Defendant, by its actions or inactions, proximately caused the injuries to Plaintiff(s).

## **DEFENDANT-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY**

21.   The following claims and allegations are asserted by Plaintiff(s) and are herein adopted by reference under the laws of the following state (check all that are applicable):

☒ COUNT I   (strict products liability: WASHINGTON) (STATE)

☒ COUNT II  (negligence: WASHINGTON) (STATE)

☒ COUNT III  (strict products liability failure to warn: WASHINGTON) (STATE)

☒ COUNT IV  (negligent failure to warn: WASHINGTON) (STATE)

☒ COUNT V  (negligent misrepresentation: WASHINGTON) (STATE)

☒ COUNT VI  (negligence per se: WASHINGTON) (STATE)

☒ COUNT VII  (breach of express warranties: <u>WASHINGTON</u>) (STATE)

☒ COUNT VIII  (manufacturing defect: <u>WASHINGTON</u>) (STATE)

☒ COUNT IX  (punitive damages: <u>WASHINGTON</u>) (STATE)

In addition to the above, Plaintiff(s) assert the following additional causes of action under applicable state law:

_____

_____

_____

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff(s) pray for judgment against Defendant as follows:

1. For compensatory damages;

2. Pre-judgment and post-judgment interest;

3. Statutory damages and relief of the state whose laws will govern this action;

4. Costs and expenses of this litigation;

5. Reasonable attorneys' fees and costs as provided by law;

6. Equitable relief in the nature of disgorgement; and

7. All other relief as the Court deems necessary, just and proper.

///

///

///

///

///

///

## **JURY DEMAND**

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff(s) hereby demand(s) a trial by jury as to all claims in Complaint so triable.

Dated: January 6, 2021                                         Respectfully submitted,

/s/ Jessica S. Williams
JESSICA S. WILLIAMS
GOMEZ TRIAL ATTORNEYS
John H. Gomez (CA SBN 171485)
Ahmed S. Diab (CA SBN 262319)
Jessica S. Williams (CA SBN 314762)
655 West Broadway, Suite 1700
San Diego, CA 92101
Tel: (619) 237-3490
Fax: (619) 237-3496
*Attorneys for Plaintiff*